KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV  89101
(702) 853-0700
kal13mail@las13.com

UNITED STATES BANKRUPTCY COURT
NEVADA DIVISION

IN RE:  
RHANNIEL T LOPEZ  
GRACE V LOPEZ  
4443 SUN VISTA DR  
LAS VEGAS, NV  89104

CASE NO: BKS-17-11142-MKN  
CHAPTER 13

NOTICE OF UNCLAIMED FUNDS

TO: Clerk, United States Bankruptcy Court

From: Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim # | Claimant & Address | CAS 106000 | CAS 163300 |
|---|---|---|---|
| DEBTOR REFUND | RHANNIEL T LOPEZ GRACE V LOPEZ 4443 SUN VISTA DR LAS VEGAS 89104 | $0.00 | $3,060.00 |

Total: $3,060.00

**Kathleen A. Leavitt**

Kathleen A. Leavitt  
Chapter 13 Bankrutpcy Trustee

Date: February 07, 2018

CC   RHANNIEL T LOPEZ AND GRACE V LOPEZ  
     PETERS & ASSOCIATES LLP

NOTE: Claims that are $25.00 or less go into CAS106000.  Claims that are more than $25.00 goes into CAS 613300.  The amounts that are to be deposited into the Registry can be written on one check.